USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MIGUEL ANGEL BALSECA and RICARDO FABIAN, *on behalf of themselves, FLSA Collective Plaintiffs, and the Class,*

Plaintiff,

v.

MANHATTAN PARKING GROUP LLC,
MANHATTAN PARKING SYSTEMS GARAGE CORP.,
METROPOLITAN PARKING GROUP LLC,
MEYERS PARKING, INC.,
MP LINCOLN GARAGE LLC,
MP GOTHAM GARAGE LLC,
ALLAN GORDON, and
JOHN DOE ENTITIES 1-100,

Defendants.

**MEMORANDUM ENDORSED**

Case No.: 24-cv-05818

**STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims are dismissed without prejudice, in their entirety, against Defendants without costs or attorneys' fees to any party. For the avoidance of doubt, there has been no settlement in this matter or any promise of payment of future funds.

For the Plaintiffs:

By: _____
C.K. Lee, Esq.
Lee Litigation Group, PLLC
148 West 24th Street, 8th Floor
New York, New York 10011
212-465-1188
cklee@leelitigation.com

Date: 10/28/24

For the Defendants:

By: _____
Jason Zoldessy, Esq.
Jackson Lewis P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
Direct: (212) 545-4021
Jason.Zoldessy@jacksonlewis.com

Date: October 25, 2024

Application granted. In *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022), the Second Circuit concluded that the Court must evaluate voluntary dismissals of FLSA claims without prejudice under Fed. R. Civ. P. 41(a)(1)(A) to ensure that they do not obscure a settlement. The parties have affirmed that there is no underlying settlement. The Court therefore grants the parties' stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(2). The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: October 29, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

1